UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY ALLEN PRESSLER,

                Plaintiff

    v.

ELKO COUNTY JAIL, et al.,

                Defendants

Case No. 3:19-cv-00163-MMD-CLB

ORDER

      This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an incarcerated individual. On April 22, 2020, the Court issued an order dismissing the complaint with leave to amend and directed Plaintiff to file a complete amended complaint within thirty days. (ECF No. 7.) The Court's order stated that if Plaintiff did not file an amended complaint within 30 days, this action would be dismissed with prejudice for failure to state a claim. (*Id.* at 10.) On May 18, 2020, Plaintiff filed the first page of an amended complaint. (ECF No. 9.) Nothing more has been filed, and the thirty-day period has now expired. It is not clear why Plaintiff filed only a single page and whether this was intentional or an accidental oversight in filing the amended complaint. As such, the Court will extend Plaintiff's deadline for filing a fully complete first amended complaint for 30 days from the date of this order. If Plaintiff chooses not to file a complete first amended complaint this action will be dismissed with prejudice for failure to state a claim.

      As the Court previously informed Plaintiff, If Plaintiff chooses to file an amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required

to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff should file the amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

It is therefore ordered that, if Plaintiff chooses to file an amended complaint, Plaintiff will file the amended complaint within 30 days from the date of entry of this order.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in the screening order, this action will be dismissed with prejudice for failure to state a claim.

DATED THIS  26th day of May 2020.

_____
UNITED STATES MAGISTRATE JUDGE