UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TONY ALLEN PRESSLER, | Case No. 3:19-cv-00163-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ELKO COUNTY JAIL, et al., | |
| Defendants. | |

I. **DISCUSSION**

On April 5, 2021, the Court issued an order screening Plaintiff's first amended complaint under 28 U.S.C. § 1915A. (ECF No. 15.) The screening order allowed some of Plaintiff's claims to proceed and dismissed other claims without prejudice. (*Id.* at 17-18.) The Court gave Plaintiff leave to file a second amended complaint curing the deficiencies of the first amended complaint. (*Id.* at 18-19.)

Plaintiff has submitted a motion seeking an extension of time to file his second amended complaint. (ECF No. 16). The motion does not state how long an extension Plaintiff is seeking. (*Id.*) The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his second amended complaint on or before July 15, 2021. If Plaintiff fails to file a timely second amended complaint, this action shall proceed only on the colorable claims in Plaintiff's first amended complaint, as discussed in the Court's screening order. (ECF No. 15.) Barring unusual circumstance, the Court will not grant any further extensions of time.

II. **CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 16) is granted.

It is further ordered that Plaintiff shall file his second amended complaint on or before July 15, 2021.

///

1

It is further ordered that, if Plaintiff fails to timely file his second amended complaint, this action shall proceed only on Plaintiff's colorable claims in the first amended complaint, as discussed in the Court's previous screening order.

DATED THIS 14th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE