1  *
BRENT L. RYMAN, ESQ. (#008648)
2  ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
3  P.O. Box 3559
Reno, Nevada 89505
4  Telephone: (775) 786-3930
*Attorneys for Elko County Defendants,*
5  *Troy Eden, PA-C, and Morris Gallagher, DDS*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TONY ALLEN PRESSLER,

        Plaintiff,

vs.

ELKO COUNTY JAIL.; ELKO COUNTY JAIL SHERIFF; MORRIS GALLAGHER; AITOR NARVAIZA; LT. SILVA; JOSHUA TAYLOR; TROY EDEN, PA-C; DR. RACHOT; SGT. OLDHAM; SGT. ADKINS; SGT. EDGMOND; OFFICERS HERMAN, LESPADE, SMITH, KLINE, JIM, GREBANC, HOLLADAY, TRUMBOCK and GONZALES; CORPORAL DAZ; and Unknown Defendants JOHN DOES,

        Defendants.

CASE NO: 3:19-cv-00163-MMD-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that the above-entitled action may be dismissed, with prejudice, with all

///
///
///
///

///

parties to bear their own court costs and attorney's fees.

DATED this 25 day of Aug, 2022.

By _____
TONY ALLEN PRESSLER
*Plaintiff, In Proper Person*

DATED this 15th day of ~~September~~, 2022.

ERICKSON, THORPE & SWAINSTON, LTD.

By _____
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 So. Arlington Ave., Suite 205
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

**ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 16th day of September, 2022.

_____
U. S. DISTRICT JUDGE